IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE GRANT, <br><br> Plaintiff, <br><br> vs. <br><br> C.O. PIRL, *et al.*, <br><br> Defendants. | Civil Action No. 2:23-01678 <br><br> United States District <br> Judge Cathy Bissoon <br><br> United States Magistrate Judge <br> Maureen P. Kelly |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 14, 2025, Judge Kelly issued a Report ("R&R," Doc. 60) recommending that the Court grant Defendants' Motion for Summary Judgment (Doc. 44) as to Plaintiff's excessive force claim because the record evidence, including video evidence, demonstrates that no rational trier of fact could find for Plaintiff on that count; and as to Plaintiff's assault and battery claims because those claims are barred by sovereign immunity. Service of the R&R was made on the parties of record, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. 44) is **GRANTED**, and the Magistrate Judge's R&R (Doc. 60) is adopted as the Opinion of the District Court.

This action shall be marked CLOSED.

1

IT IS SO ORDERED.

December 4, 2025                                          s/Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge


cc (via ECF email notification):

All Counsel of Record

(via U.S. Mail):

TYRONE GRANT
HZ-5911
SCI MAHANOY
301 Grey Line Drive
Frackville, PA 17931
PRO SE